ORIGINAL

MCNUTT & LITTENEKER, LLP
KEVIN W. COLEMAN (CSBN 168538)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Judgment Creditor
SES Americom, Inc.

FILED

FEB 28 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SES Americom, Inc.,

Plaintiff,

vs.

Global Telemann Systems, Inc.,

Defendant.

Case No. 04-07031 RMW RS

**STIPULATION TO TAKE ORDER FOR APPEARANCE AND EXAMINATION OF YONG MAN KIM OFF CALENDAR, AND ORDER THEREON**

**[no hearing required]**

**STIPULATION**

It is hereby stipulated by and between Plaintiff, SES Americom, Inc. ("SES") and Defendant, Global Telemann Systems, Inc. ("Global Telemann") as follows:

1. On September 19, 2005, SES filed an application and order for appearance for examination of Yong Man Kim ("Kim"), President and CEO of Global Telemann.

2. On October 13, 2005, the United States District Court for the Northern District of California, San Jose Division, entered the Order to Appear for Examination directing Kim to appear for examination on October 19, 2005 at 9:30 am ("OEX").

3. The OEX has been continued from time to time, and is now currently set for February 22, 2006 at 9:30 a.m.

4. Provided Kim provides SES with the reports set forth in Paragraph 5 of this

Stipulation, the parties agree that the OEX shall be taken off calendar, subject to resetting as provided in Paragraph 6.

5. Commencing on March 1, 2006 and continuing on the first of each third month thereafter (June 1, September 1, and December 1), Kim shall provide written reports to SES describing (a) the then-current assets and liabilities of Global Telemann, (b) a statement of all income and expenditures of Global Telemann made during the preceding three month period, and (c) a description of Global Telemann's business operations. Such reports shall be delivered to SES's counsel:

Stephen V. Falanga
Connell Foley, LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500 (Phone)/(973) 535-9217 (Fax)
sfalanga@connellfoley.com

//

//

//

//

//

//

//

//

//

//

//

//

//

//

6. In the event Kim fails to timely remit the reports required by Paragraph 5, the OEX may be reset on twenty (20) days notice to Kim.

Dated: February 16, 2006

MCNUTT & LITTENEKER, LLP

By: ______________________
Kevin W. Coleman
Attorneys for Judgment Creditor
SES Americom, Inc.

Dated: February 16, 2006

By: ______________________ 02/16/06
Yong Man Kim
President and CEO of Judgment Debtor
Global Telemann Systems, Inc.

**ORDER**

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

Dated: FEB 28 2006, 2005

______________________
MAGISTRATE JUDGE RICHARD SEEBORG